IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL L. WATTS, | ) | No. C 12-3194 LHK (PR) |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| USPO DOUGLAS HEUERMANN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Court has dismissed the instant action.  A judgment of dismissal without prejudice is entered.  The Clerk shall close the file.

IT IS SO ORDERED.

DATED: _____7/30/12_____

_____
LUCY H. KOH
United States District Judge

Judgment
G:\PRO-SE\SJ.LHK\CR.12\Watts194jud.wpd